**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| _____ | ) | |
| PROPERTY OF THE PEOPLE, INC. | ) | |
| et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 17-1663 (APM) |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| JUSTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S**
**EXPEDITED MOTION FOR PRODUCTION**

Defendants hereby respond to Plaintiffs' Expedited Motion for Production.  ECF No. 13.

Plaintiffs' motion seeks an order directing Defendant FBI to produce certain records by January

12, 2018, instead of the previously scheduled deadline of January 31, 2018.  Although it is unclear

why the minor difference between the two production dates warrants Plaintiff raising this issue

with the Court, the FBI does not oppose the relief sought by Plaintiff, with one clarification noted

below.

On November 28, 2017, the parties filed a Joint Status Report in which the FBI reported

that it had collected 176 pages of documents responsive to one portion of Plaintiff's Freedom of

Information Act request.  ECF No. 11 at 2.  The FBI further explained that Plaintiffs' request to

the FBI was excessively vague, overly broad, unduly burdensome, and does not reasonably

describe the records sought.  *Id*.  In the Joint Status Report, the parties agreed that the FBI would

produce non-exempt portions of the 176 pages of records it had collected by January 31, 2018.  *Id*.

That date was selected because the FBI expected to make a production of similar materials in

another case, *Gizmodo Media Group LLC v FBI*, Civ. A. No. 17-05814 (S.D.N.Y.), during the

month of January, although the precise production date had not been determined at that point.

Since then, as Plaintiffs note, a January 12 production deadline has been set in *Gizmodo*.

Accordingly, Defendant FBI agrees, in this case, to produce non-exempt portions of the 176 pages

of records it has collected by January 12, 2018, instead of the currently scheduled January 31, 2018

deadline.

The FBI, however, opposes Plaintiffs' Motion insofar as it seeks the production of "all non-

exempt records pertaining to Mr. Ailes" by January 12, 2018.  Proposed Order, ECF No. 13-2.  As

discussed, the FBI maintains that Plaintiffs' request is not a proper FOIA request because, *inter*

*alia*, it does not reasonably describe the records sought.  The FBI has not searched for every record

within the agency "pertaining to Mr. Ailes."  Defendant will further address this defense in its

forthcoming motion for summary judgment, due March 15, 2018.  *See* ECF No. 12.  Accordingly,

Defendant opposes Plaintiffs' request to the extent it seeks to compel disclosure beyond the non-

exempt portions of the 176 pages of records referenced in the parties' November 28, 2017, Joint

Status Report.

 Respectfully submitted,

JESSIE K. LIU
D.C. BAR # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR #924092
Chief, Civil Division

____/s/_____
JOSHUA M. KOLSKY
D.C. BAR # 993430
Assistant United States Attorney

2

District of Columbia
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2541
Fax: (202) 252-2599
joshua.kolsky@usdoj.gov

*Counsel for Defendants*