UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PROPERTY OF THE PEOPLE, INC. et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 17-1663 (APM) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF LODGING OF EX PARTE DECLARATION FOR IN CAMERA REVIEW

Defendants hereby give notice that Defendants have provided to Chambers a copy of the *In Camera, Ex Parte* Declaration of David M. Hardy in this Freedom of Information Act case. The declaration discloses information about an active, ongoing law enforcement investigation by the Federal Bureau of Investigation. Specifically, the declaration discloses the approximate number of pages contained within the FBI's file pertaining to the investigation, and is being submitted to support the government's estimated time to review the file as discussed in the parties' Joint Status Report filed June 21, 2018.

                                          Respectfully submitted,

                                          JESSIE K. LIU
                                          D.C. BAR #472845
                                          United States Attorney

                                          DANIEL F. VAN HORN
                                          D.C. BAR #924092
                                          Chief, Civil Division

       /s/
JOSHUA M. KOLSKY
D.C. BAR #993430
Assistant United States Attorney
District of Columbia
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2541
Fax: (202) 252-2599
joshua.kolsky@usdoj.gov

*Counsel for Defendants*